IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00093-ZLW-BNB

JOSE D. RAMIREZ,

Plaintiff,

v.

SERGEANT NEVINE,

Defendant.

---

### ORDER

---

This matter is before me on two papers (the "Papers") filed by the plaintiff:

(1)     **Plaintiff Needs Direct Court Order for Copying to Inmate Account Balance**, filed June 20, 2005; and

(2)     **Due to the Impending Deadline to Recommendation of United States Magistrate Judge**, filed June 24, 2005.

On October 18, 2004, I directed the plaintiff to file his motions in compliance with Fed. R. Civ. P. 7(b), which states that "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." I further directed the plaintiff that "the caption for a motion to this Court shall be succinct and shall reflect the specific relief sought, (for example, 'Motion for Extension of Time')." The Papers do not comply with my directives.

IT IS ORDERED that the Papers are STRICKEN.

Dated June 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge