IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00093-ZLW-BNB

JOSE D. RAMIREZ,

Plaintiff,

v.

SERGEANT NEVINE,

Defendant.

_____

**ORDER**
_____

      This matter is before me on the following papers (the "Papers") filed by the plaintiff:

      (1) **Plea for Seting** [sic] **Judge to Order LCF to mail Legal Files**, filed June 20, 2005;

      (2) **Emergency Minute Order Relief** [sic], filed June 30, 2005;

      (3) **Pursuant to FedRCivP 65(d)(b)(1) Affidavit Motion Demenstrated** [sic], filed June 30, 2005;

      (4) **Plaintiff Stipulations Discrimination Harassment Difficulty Under Filing Motions FedRCivP 26 and 65**, filed June 30, 2005;

      (5) **Plaintiffs** [sic] **Best Madeout Response to FedRCivP 65**, filed June 30, 2005; and

      (6) **Motion Naturized** [sic] **to Show Delay**, filed July 1, 2005.

      I held a hearing on the Papers on August 3, 2005. For the reasons stated on the record,

      IT IS ORDERED that the Paper entitled "Plea for Seting [sic] Judge to Order LCF to mail Legal Files" is DENIED.

IT IS FURTHER ORDERED that the remaining Papers are STRICKEN as part of a vexatious pattern of filing.

IT IS FURTHER ORDERED that the plaintiff shall cease filing harassing and vexatious papers with the Court.

IT IS FURTHER ORDERED that, as directed in my Order dated June 30, 2005, the plaintiff shall file all future motions in compliance with Rule 7(b) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that failure to comply with this Order may result in my recommendation that this case be dismissed.

Dated August 3, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge