IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0093-ZLW-BNB

JOSÉ D. RAMIREZ,

    Plaintiff,

v.

CAPTAIN EGGLESTON, Unit 3, in his official and unofficial capacity;
LIEUTENANT FILER, Unit 3, in his official and unofficial capacity;
JUDY KAIN, Nurse IV, in her official and unofficial capacity;
C/O CHRISTEN, Living Unit 3, in her official and unofficial capacity; and
SERGEANT NEVINE,

    Defendants.

---

ORDER

---

Plaintiff Jose D. Ramirez filed this Civil Rights Complaint Pursuant To 42 U.S.C. § 1983 on January 7, 2004.  Thereafter, pursuant to D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Judge Boyd N. Boland who filed a Recommendation Of United States Magistrate Judge on June 8, 2004, in which he recommended that Plaintiff's "Motion Restraining Order" be denied.  Plaintiff has filed no objections.

The Court after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation.  Therefore, it is

ORDERED that the Plaintiff's "Motion Restraining Order" is denied.

DATED at Denver, Colorado, this  10  day of August, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court